IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No: Case: 1:21-mj-00508 <br> Assigned To : Harvey, G. Michael <br> Assign. Date : 6/29/2021 <br> Description: Complaint w/ Arrest Warrant |
| v. | : | |
| | : | **VIOLATIONS:** |
| **DEREK COOPER GUNBY,** | : | 18 U.S.C. § 1752(a)(1), <br> (Entering and Remaining in a Restricted Building or Grounds) |
| Defendant. | : | 18 U.S.C. § 1752(a)(2), <br> (Disorderly and Disruptive Conduct in a Restricted Building or Grounds) <br> 40 U.S.C. § 5104(e)(2)(D), <br> (Violent Entry or Disorderly Conduct) <br> 40 U.S.C. § 5104(e)(2)(G), <br> (Parading, Demonstrating, or Picketing in a Capitol Building) |

## ORDER

This matter having come before the Court pursuant to the application of the United States to seal criminal complaint, the Court finds that, because of such reasonable grounds to believe the disclosure will result in flight from prosecution, destruction of or tampering with evidence, intimidation of potential witnesses, and serious jeopardy to the investigation, the United States has established that a compelling governmental interest exists to justify the requested sealing.

1. IT IS THEREFORE ORDERED that the application is hereby GRANTED, and that the affidavit in support of criminal complaint and other related materials, the instant application to seal, and this Order are sealed until the arrest warrant is executed.

4

2.      IT IS FURTHER ORDERED that the Clerk's office shall delay any entry on the public docket of the arrest warrant until it is executed.

Date:   June 29, 2021

_____
G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE