NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.                                                  Criminal Number  1:21-mj-508

<u>Derek Cooper Gunby</u>
(Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA            ☐ RETAINED            ☒ FEDERAL PUBLIC DEFENDER

*Lora Blanchard*
(Signature)

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Lora Collins Blanchard
(Attorney & Bar ID Number)

Federal Public Defender, District of SC
(Firm Name)

75 Beattie Pl., Ste. 950
(Street Address)

Greenville, SC 29601
(City)        (State)        (Zip)

(864) 720-6960
(Telephone Number)