AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | )  |
|---|---|
| v. | ) Case: 1:21-mj-00508 |
| DEREK COOPER GUNBY | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 6/29/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* __DEREK COOPER GUNBY__ ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: __06/29/2021__         _____
                                          Digitally signed by G. Michael Harvey
                                          Date: 2021.06.29 11:17:14 -04'00'
                                          *Issuing officer's signature*

City and state:   __Washington, D.C.__         __G. Michael Harvey, U.S. Magistrate Judge__
                                                *Printed name and title*

### Return

This warrant was received on *(date)* 6-29-2021 , and the person was arrested on *(date)* 8-10-2021
at *(city and state)* 213 Rock Creek Rd. Anderson SC

Date: 8-10-2021                    _____
                                          *Arresting officer's signature*

                                          TFO John F. Dyas
                                          *Printed name and title*