UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 1:21-cr-626-PLF |
| ) | |
| DEREK COOPER GUNBY ) | |
| ) | |

**DEFENDANT'S MOTION FOR PERMISSION TO TRAVEL**

Now comes the defendant, Derek Cooper Gunby, through his attorney, and respectfully moves this Court for permission to allow for travel to Rosman, North Carolina, on November 5-7, 2021.

Mr. Gunby appeared for an Initial Appearance on these charges on August 10, 2021, in the District of South Carolina. At that time, he was placed on a $25,000 unsecured bond with standard conditions. Additional special conditions were imposed, to include travel being restricted to South Carolina. Mr. Gunby appeared, by video, at his initial appearance in the District of Columbia on August 18, 2021, and was placed under the same conditions. He was arraigned before the District Court on October 28, 2021.

Mr. Gunby is requesting permission from the Court to travel to Rosman, North Carolina for a Men's Fellowship retreat with Graceview Church on November 5-7, 2021. He has the address and contact information to provide to his probation officer. Mr. Gunby has remained in compliance with his bond.

Counsel has contacted Assistant United States Attorney Christopher Amore and United States Probation Agent Ron Gambrell about this matter and both indicate they have no objection to Mr. Gunby's request for travel.

                                      Respectfully submitted,

                                      s/ Lora Blanchard
                                      Lora Collins Blanchard
                                      Federal Public Defender, District of South Carolina
                                      Assistant Federal Public Defender
                                      75 Beattie Place, Suite 950
                                      Greenville, SC 29601
                                      (864) 235-8714

October 28, 2021
Greenville, South Carolina