UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| _____ ) | |
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 21-0626 (PLF) |
| ) | |
| DEREK COOPER GUNBY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

ORDER

On August 18, 2021, Magistrate Judge Robin M. Meriweather ordered the
defendant Derek Cooper Bundy released on personal recognizance, subject to conditions.  Order
Setting Conditions of Release ("Order") [Dkt. No. 10].  Before the Court is Mr. Gunby's
unopposed Motion for Permission to Travel [Dkt. No. 18].  Mr. Gunby requests permission from
the Court to attend a religious retreat in Rosman, North Carolina, on November 5-7, 2021.
Neither the government nor Pretrial Services objects to Mr. Gunby's request.

Recognizing that subpart (7)(t) of the Order requires Mr. Gunby to notify Pretrial
Services of the District of South Carolina (Greenville) "in advance of any and all travel outside
of the District of South Carolina," the Court concludes that Mr. Gunby's request is reasonable.
Accordingly, it is hereby

ORDERED that Mr. Gunby's unopposed Motion for Permission to Travel [Dkt.
No. 18] is GRANTED; and it is

FURTHER ORDERED that Mr. Gunby shall provide Pretrial Services of the
District of South Carolina (Greenville) with an itinerary of his travels, including his dates of
travel and where he will be lodging, on or before November 3, 2021, and he shall notify Pretrial

Services when he returns to South Carolina from his travels.

        SO ORDERED.

_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  October 29, 2021