IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | ) | Cr. No. 1:21-626-PLF-1 |
|---|---|---|
| | ) | |
| vs. | ) | MOTION TO WITHDRAW AS COUNSEL |
| | ) | FOR DEREK COOPER GUNBY |
| DEREK COOPER GUNBY | ) | |

The undersigned attorney respectfully requests that this Court issue an Order permitting her to withdraw as counsel for Derek Cooper Gunby in the above-captioned matter. In support of this Motion, the undersigned states as follows:

1. Undersigned counsel is an Assistant Federal Public Defender in the District of South Carolina.

2. Undersigned counsel was appointed on August 10, 2021, to represent Mr. Gunby at his Initial Appearance in Rule 5(c)(3) matters in the District of South Carolina.

3. Undersigned counsel continued to represent Mr. Gunby and filed a notice of appearance in this Court on August 18, 2021.

4. On March 28, 2022, attorney John M. Pierce filed a notice of appearance for Mr. Gunby.

5. As such, it appears that undersigned counsel's representation is no longer needed.

Counsel has consulted with Assistant United States Attorney Christopher Amore who has no objection to this request.

Based on the foregoing, counsel requests that this Court find that the ends of justice require an order relieving counsel in this matter.

        Respectfully submitted,

        <u>  s/ Lora Blanchard                              </u>
        Lora Collins Blanchard
        Assistant Federal Public Defender
        District of South Carolina
        75 Beattie Place, Suite 950
        Greenville, South Carolina 29601
        (864) 235-8714

March 30, 2022
Greenville, South Carolina