UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 21-cr-626 (PLF) |
| | : | |
| DEREK COOPER GUNBY, | : | |
| | : | |
| Defendant. | : | |

**JOINT STATUS REPORT AND PROPOSED PRE-TRIAL SCHEDULING ORDER**

During an August 1, 2022 status conference in the above-captioned matter, the Court ordered the parties to submit a joint status report with respect to a pre-trial scheduling order. The parties have met and conferred and propose the following pre-trial schedule:

1. The following shall be the schedule for pretrial motions:

    a. The Defendant shall file any pretrial motions on or before **October 7, 2022;**

    b. The Government shall file a response to the Defendant's motions on or before **October 28, 2022**;

    c. The Defendant shall file any reply on or before **November 4, 2022.**

2. The parties shall file any motions *in limine* on or before **November 11, 2022**; oppositions shall be filed by **November 21, 2022**; and replies shall be filed by **November 28, 2022.**

3. A list of exhibits that each party intends to offer during trial shall be provided to the Court by **December 5, 2022.**

4. Any stipulations executed or anticipated to be executed shall be provided to the Court by **December 5, 2022.**

5. Proposed jury instructions, if necessary, shall be filed by **December 5, 2022.**

1

6.	Oral argument on any motions and a final pretrial conference will be held on a date to be determined by the Court.

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052<br><br>*/s/ Christopher D. Amore*<br>CHRISTOPHER D. AMORE<br>Assistant United States Attorney<br>Capitol Riots Detailee<br>NY Bar No. 5032883<br>970 Broad Street, Suite 700<br>Newark, NJ 07102<br>(973) 645-2757<br>Christopher.Amore@usdoj.gov | */s/ John M. Pierce*<br>JOHN M. PIERCE<br>John Pierce Law<br>2550 Oxnard Street<br>3rd Floor, PMB #172<br>Woodland Hills, CA 91367<br>(213) 279-7846<br>jpierce@johnpiercelaw.com |