UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                          )     Criminal No. 21-0626 (PLF)<br>)<br>DEREK COOPER GUNBY,           )<br>)<br>Defendant.                      )<br>) | |

ORDER

On August 1, 2022, the Court set forth the schedule for trial, which is scheduled to begin on December 12, 2022.  See August 1, 2022 Minute Entry.  The Court further ordered the parties to meet and confer and to file a joint status report proposing a schedule for all pretrial motions – including any motions to dismiss the case, motions in limine, and Daubert motions – and confirming whether the trial will be a bench trial or a jury trial.  See id.

On September 7, 2022, the parties filed a joint status report jointly proposing a pretrial schedule, but they have not yet indicated whether the trial will be a bench trial or a jury trial.  See Joint Status Report [Dkt. No. 31].  After careful consideration of the parties' proposed schedule, the Court adopts some aspects of the parties' joint proposed schedule but is unable to accommodate others.  Accordingly, it is hereby

ORDERED that the pretrial proceedings in this case will proceed pursuant to the following schedule:

| Date | Description |
|---|---|
| September 27, 2022, at 2:00 p.m. | Status conference via Zoom videoconference. |
| October 7, 2022 | The parties shall file any non-evidentiary pretrial motions, including but not limited to motions to dismiss the case, motions for change of venue, and motions to suppress statements or tangible evidence. |
| October 28, 2022 | The parties shall file oppositions to any such non-evidentiary pretrial motions. |
| November 4, 2022 | The parties shall file any replies in support of any such non-evidentiary pretrial motions. |
| November 11, 2022 | The parties shall file any motions in limine and Daubert motions. |
| November 17, 2022, at 10:00 a.m. | The Court will hear oral argument on all pending non-evidentiary pretrial motions in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse. |
| November 21, 2022 | The parties shall file oppositions to motions in limine and Daubert motions. |
| November 23, 2022 | The parties shall exchange proposed case-in-chief exhibit and witness lists. |
| November 28, 2022 | The parties shall file any replies in support of motions in limine and Daubert motions. |
| December 5, 2022 | The parties shall deliver to the Court two sets of exhibit lists and pre-marked exhibits.<br><br>The parties shall provide to the Court any stipulations executed or anticipated to be executed.<br><br>The parties shall file, if necessary, proposed jury instructions, voir dire questions, and a jury verdict form. |
| December 7, 2022, at 10:00 a.m. | The Court will hear oral argument on all pending motions in limine and Daubert motions in Courtroom 29.<br><br>Final pretrial conference in Courtroom 29. |

| | |
|---|---|
| December 12, 2022, at 10:00 a.m. | Trial will commence in Courtroom 29 with opening statements and will continue each weekday at 10:00 a.m. until concluded. |

SO ORDERED.

_____
PAUL L. FRIEDMAN
United States District Judge

DATE:  September 9, 2022