UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>DEREK COOPER GUNBY,<br><br>                    Defendant. | Criminal No. 21-cr-626<br><br>**STATUS REPORT REGARDING CHOICE OF TRIAL BY JURY OR BENCH TRIAL** |

NOW comes Defendant, Derek Cooper Gunby, by and through his counsel of record, John M. Pierce, Esq., with this Status Report Regarding Gunby's Choice of Trial by Jury or Bench Trial, in response to the Court's September 8, 2022 MINUTE ORDER.

Gunby waives his right to jury trial in the District of Columbia and opts for a bench trial before the District Court.[1]  We understand the United States does not oppose.

Date: September 19, 2022                Respectfully Submitted,

*John M. Pierce* (signature)

John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com

*Attorney for Defendant*

---

[1] The Defendant Derek Gunby expects to file a motion to change venue within the next 10 days seeking the transfer of this case to Defendant's home district and the locale of Gunby's arrest, the District of South Carolina, Greenville division.  If such motion is granted, Gunby requests trial by a jury drawn from a cross-section of the community in South Carolina.  Additionally, if such motion is granted, the number of potential jurors requested to be summoned may be significantly different (i.e., smaller) than the number requested to be summoned – and corresponding peremptory challenges – in the District of Columbia

## CERTIFICATE OF SERVICE

      I, John M. Pierce, hereby certify that on this day, September 19, 2022, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                          /s/ John M. Pierce
                                          John M. Pierce