**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 21-cr-626-PLF** |
| | : | |
| **DEREK COOPER GUNBY,** | : | |
| | : | |
| **Defendants.** | : | |

**NOTICE OF APPEARANCE**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby respectfully informs the Court that Assistant United States Attorney Kyle M. McWaters will appear for the United States in the above-captioned matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BY: *<u>/s Kyle M. McWaters</u>*
Kyle M. McWaters
D.C. Bar No. 241625
Christopher Amore
NY Bar No. 5032883
Assistant United States Attorneys
601 D Street NW
Washington, DC 20850
(202) 252-6983
kyle.mcwaters@usdoj.gov
christopher.amore@usdoj.gov

**CERTIFICATE OF SERVICE**

On this 28th day of October 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Kyle M. McWaters*
Kyle M. McWaters
Assistant United States Attorney