IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>DEREK COOPER GUNBY,<br><br>     Defendant. | Criminal No.:  21-cr-626 |

**[PROPOSED] ORDER**

  Having considered Defendant Derek Cooper Gunby's Consent Motion for Five Day Extension of Time to File Memoranda in Reply to United States' Oppositions, the Motion is hereby GRANTED for good cause shown, and it is

  ORDERED that Defendant Derek Cooper Gunby's deadline to file his memoranda in reply to the United States' Oppositions is hereby extended to and including November 9, 2022.

  SO ORDERED.

Dated: _____, 2022

                   _____
                   HON. PAUL L. FRIEDMAN
                   United States District Judge