UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** :  :  : | |
| **v.**     : | **CASE NO. 21-CR-626 (PLF)** |
| : | |
| **DEREK COOPER GUNBY,** : | |
| : | |
| **Defendants.**  : | |
| : | |

**JOINT STATUS REPORT CONCERNING ORAL ARGUMENT ON MOTIONS**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant Derek Cooper Gunby, by and through his attorney, John Pierce, Esq., now submit this joint status report in response to the Court's request for guidance regarding which of the four pending non-evidentiary pretrial motions require oral argument.

The government and defense counsel have conferred, and neither party requests oral argument on any of the four pre-trial motions. The Court may decide the motions on the papers.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

By:   *s/ Christopher D. Amore*
CHRISTOPHER D. AMORE
Assistant United States Attorney
Capitol Siege Detailee
N.Y. Bar No. 5032883
601 D Street, N.W.
Washington, D.C. 20579
973-645-2757
Christopher.Amore@usdoj.gov