UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>DEREK COOPER GUNBY,    )<br>)<br>Defendant.    )<br>) | Criminal No. 21-0626 (PLF) |

## SECOND AMENDED SCHEDULING ORDER

On January 23, 2023, the Court issued a Scheduling Order setting forth the trial schedule in this case. See Amended Scheduling Order [Dkt. No. 51]; see Joint Status Report and Motion to Exclude Time Under the Speedy Trial Act [Dkt. No. 49]. After consulting with the parties, and to minimize the risk that scheduling conflicts will arise, it is hereby

ORDERED that a bench trial in this matter will commence on October 2, 2023, at 10:00 a.m. in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Avenue N.W., Washington, D.C. 20001; it is

FURTHER ORDERED that, in the interest of justice and with the agreement of the parties, the Speedy Trial Act is tolled through October 2, 2023; and it is

FURTHER ORDERED that the proceedings in this case shall be governed by the following schedule:

| Date | Description |
|---|---|
| August 22, 2023 | The parties shall file any motions in limine and Daubert motions. |
| September 5, 2023 | The parties shall file oppositions to motions in limine and Daubert motions. |

| | |
|---|---|
| September 12, 2023 | The parties shall file any replies in support of motions in limine and Daubert motions. |
| September 20, 2023 | The Court will hear oral argument on all pending motions as necessary, including motions in limine and Daubert motions in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 10:00 a.m. |
| September 21, 2023 | The parties shall exchange proposed case-in-chief exhibit lists and witness lists. |
| September 25, 2023 | The parties shall deliver to the Court two sets of exhibit lists and pre-marked exhibits. The parties shall provide to the Court any stipulations executed or anticipated to be executed. |
| September 27, 2023 | The final pretrial conference will be held in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 10:00 a.m. |
| October 2, 2023 | Trial will commence in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 10:00 a.m. |
| October 3, 2023 | Trial will continue in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 1:45 p.m. |
| October 4, 2023 | Trial will continue in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 10:00 a.m. |
| October 5, 2023 | Trial will continue in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 10:00 a.m. |

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 5/5/23