UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>DEREK COOPER GUNBY, )<br>)<br>Defendant. )<br>) | Criminal No. 21-0626 (PLF) |

## ORDER

A bench trial in this matter is currently scheduled to begin on October 2, 2023. See Second Amended Scheduling Order [Dkt. No. 53]. Counsel for Mr. Gunby, John M. Pierce, will represent another defendant before this Court in a jury trial beginning the week prior, on September 26, 2023. See Third Amended Scheduling Order, United States v. Stephanie Baez, Crim. No. 21-0507 [Dkt. No. 49]. In the event that Ms. Baez's trial continues into the week of October 2, 2023, it is hereby

ORDERED that a bench trial in this matter will commence promptly after the conclusion of trial in United States v. Baez, Crim. No. 21-0507; it is

FURTHER ORDERED that, if trial in United States v. Baez concludes on October 2, 2023, trial in this matter shall begin at 1:45 p.m. on October 3, 2023; it is

FURTHER ORDERED that, if trial in United States v. Baez concludes on October 3, 2023, or any day thereafter, trial in this matter shall begin at 10:00 a.m. the next weekday; it is

FURTHER ORDERED that trial shall continue each weekday at 10:00 a.m. until concluded; and it is

FURTHER ORDERED that the final pretrial conference in this case, which was previously scheduled for 10:00 a.m. on September 28, 2023, will now be held at 4:00 p.m. on September 28, 2023, via Zoom video-teleconference.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 7/24/23