# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | ) |
| V. | ) Case No. 21-cr-626 (PLF) |
| **DEREK COOPER GUNBY,** | ) |
| Defendant. | ) |

### DEFENDANT GUNBY'S UNOPPOSED MOTION AND NOTICE OF ELECTION TO BE TRIED BY JURY AFTER PREVIOUSLY INDICATING AN INTENT TO WAIVE TRIAL BY JURY

COMES NOW Defendant Derek Cooper Gunby ("Gunby"), by and through undersigned counsel John Pierce, with this Unopposed Motion and Notice regarding Defendant's waiver of trial by jury.

1. Gunby has previously submitted a waiver of trial by jury.

2. However, after reflection, contemplation, research and consultation, Gunby elects to be tried by a jury.

WHEREFORE defendant Gunby hereby moves, and elects to be tried by jury, and not by bench trial.

Date: August 8, 2023

Respectfully Submitted,
/s/ *John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367

        Tel: (213) 400-0725
        Email:jpierce@johnpiercelaw.com
        Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that, on August 8, 2023, this motion was filed via the Court's electronic filing system, which constitutes service upon all counsel of record.

*/s/ John M. Pierce*
John M. Pierce
