UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | Case No.: 21-cr-626 (PLF) |
| **DEREK COOPER GUNBY,** : | |
| : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

The United States of America by and through the United States Attorney for the District of Columbia, hereby informs the Court that Trial Attorney Shanai Watson is entering her appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   */s/ Shanai Watson*
SHANAI WATSON
Trial Attorney, Department of Justice
1301 New York Ave. N.W.,
Washington, DC 20005
New York Bar Reg. No. 5003165
shanai.watson@usdoj.gov
(202) 616-0245

## CERTIFICATE OF SERVICE

On this 14th day of August 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Shanai Watson
SHANAI WATSON
Trial Attorney, Department of Justice