UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 21-cr-626 (PLF) |
| | : |
| DEREK COOPER GUNBY, | : |
| Defendant. | : |

**DEFENDANT GUNBY'S EMERGENCY NOTICE REGARDING THE UNITED
STATES' UNCONSTITUTIONAL THREATS TO RETALIATE AGAINST
GUNBY FOR DEMANDING JURY TRIAL AND DECLINING PLEA OFFER**

COMES NOW Defendant Derek Cooper Gunby ("Gunby"), by and through undersigned counsel John Pierce, with this emergency notice regarding the United States' unconstitutional recent threats to retaliate against Gunby for demanding jury trial and declining the United States' plea offer.

On Monday, August 28, undersigned counsel received the following email:

> John,
>
> I wanted to let you know that we plan to seek an indictment of Mr. Gunby for obstruction of an official proceeding in violation of 18 USC 1512(c)(2). It looks like the date we will proceed to grand jury will be this Wednesday, August 30, 2023.
>
> Please let me know if you have any questions.
>
> Thanks,
>
> Kyle
>
> Kyle M. McWaters
>
> Assistant United States Attorney
>
> Capitol Siege Section

1

United States Attorney's Office, District of Columbia

This email followed close on the heels of Gunby's demand for a jury trial in this case. Our office, via my co-counsel Roger Roots, responded with an email to Mr. McWaters asking why, after two years and two months; with trial scheduled just a month and a few days away, the government was seeking a serious felony indictment against Gunby:

Dear Mr. McWaters:

We are getting ready for trial on 4 misdemeanors in Gunby's case, with just weeks to go. Gunby was arrested on these charges over two years ago. We are wondering what new information would justify the government seeking a 20-year felony after all this time. Can you provide details?

Respectfully,
Roger Roots
Partner-John Pierce Law

The government did not respond. It seems obvious from the background and context, that this escalation of charges is a pattern and practice of the U.S. Attorneys Office, aimed at chilling constitutional rights and retaliating against those who try to exercise them. This undersigned counsel has represented several other January 6 defendants who have similarly faced the same extreme retaliation when they refused to plead guilty.

In United States v. Velsicol Chemical Corp., 498 F. Supp. 1255 (D.D.C. 1980), Judge Parker ordered dismissal of an indictment used as retaliation by the DOJ against a defendant where the United States threatened the defendant with new charges if the defendant didn't plead guilty.  The defendant in Velsicol Chemical Corp. angered federal prosecutors by declining to plead guilty; instead pleading no contest and refusing to 'confess' to the allegations.

Defendants prays for the protection of this Court and asks the Court to take notice of the government's treachery, bad faith and perfidy.

Dated: August 30, 2023                                                                                          Respectfully Submitted,

*/s/ John M. Pierce*
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com

## CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, August 30, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce
