UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-0626 (PLF) |
| | ) | |
| DEREK COOPER GUNBY, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

Defendant Derek Cooper Gunby is charged in a four-count information ("Information") based on conduct related to the events at the United States Capitol on January 6, 2021. See Information [Dkt. No. 14]. Trial in this matter is scheduled to begin on October 2, 2023. See Third Amended Scheduling Order [Dkt. No. 63]. Oral argument on outstanding pre-trial motions is scheduled for September 20, 2023, at 10:00 a.m. in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse.

On August 30, 2023, a grand jury returned an indictment charging Mr. Gunby with one count of obstruction of an official proceeding, in violation of 18 U.S.C § 1512(c)(2), in addition to the four misdemeanor offenses with which he had already been charged via information. Accordingly, it is hereby

ORDERED that Mr. Gunby shall be arraigned at hearing already scheduled for September 20, 2023; it is

FURTHER ORDERED that, at the September 20, 2023 hearing, the parties shall be prepared to discuss any scheduling issues as well as any outstanding or anticipated motions in view of the additional charge; it is

FURTHER ORDERED that, should Mr. Gunby wish to appear for arraignment and oral argument virtually at the September 20, 2023 hearing, counsel for Mr. Gunby shall file a written waiver on or before September 18, 2023, indicating that Mr. Gunby consents to waive his in-person appearance; and it is

FURTHER ORDERED that in the interest of justice and with the agreement of the parties, the Speedy Trial Act is tolled through October 2, 2023.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 9/1/23