UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | |
| ) | Criminal No. 1:21-cr-626 (PLF) |
| DEREK GUNBY ) | |
| ) | |
| Defendant ) | |
| ) | |

**DEFENDANT GUNBY'S MOTION FOR FIVE ADDITIONAL DAYS TO FILE OPPOSITIONS TO GOVERNMENT'S MOTIONS IN LIMINE**

 Defendant Derek Gunby respectfully requests an extension of 5 days to respond to the Government's Motion's in Limine.

 Gunby has just recently been informed that the United States has filed a superseding indictment against him. Gunby has gone from facing misdemeanor charges to facing a felony charge.

 Gunby now faces significantly more punishment if convicted. Gunby requests five additional days to respond to the government's many motions in limine.

Dated: September 5, 2023                  Respectfully Submitted,

                            */s/ John M. Pierce*
                              John M. Pierce
                          21550 Oxnard Street
                          3rd Floor, PMB #172
                        Woodland Hills, CA 91367
                          Tel: (213) 400-0725
                   Email: jpierce@johnpiercelaw.com

**CERTIFICATE OF SERVICE**

      I, John M. Pierce, hereby certify that on this day, September 5, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

                                         /s/ John M. Pierce
                                         John M. Pierce