| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint | ☐ |
| **Court** | ☐ |

**UNITED STATES OF AMERICA**

**VS.**

**DEREK COOPER GUNBY**

Criminal No. **1:21-cr-626 (PLF)**

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBIT | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date and time) |
|---|---|---|---|---|---|
| A. | **00 Series – Search Warrant, Physical Evidence** | | | | |
| 1 | Red backpack | | | | |
| 2 | Red, White, Blue bandana | | | | |
| 3 | Apple iPhone, SIN FFMOT0GKPMFH | | | | |
| 4 | Green Camouflage Jacket | | | | |
| 5 | Camouflage cap with letter 'G' | | | | |
| 6 | White Apple iPhone with Black ID pouch | | | | |
| 7 | Black Apple iPhone Model A1332 | | | | |
| 8 | Tattered Camouflage cap | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| B. | **100 Series – Maps and Images of the Capitol** | | | | |
| 101 | Aerial Photograph of U.S. Capitol | | | | |
| 102 | Map Showing Restricted Area | | | | |
| 103 | 3D Model of U.S. Capitol | | | | |
| 104 | 3D Model of U.S. Capitol - Northwest | | | | |
| 105 | Area Closed Sign | | | | |
| 106 | West Lawn with Signs | | | | |
| 107 | West Lawn with Signs (Two Layers) | | | | |
| 108 | Area Closed Sign on Rack | | | | |
| 109 | U.S. Capitol Base Map | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 110 | U.S. Capitol Floor Plan - Basement | | | | |
| 111 | U.S. Capitol Floor Plan - First Floor | | | | |
| 112 | U.S. Capitol Floor Plan - Second Floor | | | | |
| 113 | U.S. Capitol Floor Plan - Third Floor | | | | |
| 114 | USCP Order on closure of Capitol for Inauguration construction | | | | |
| 115 | USCP ground closure announcement | | | | |
| 116 | D.C. Mayor's Office order | | | | |
| 117 | D.C. Register, Jan 6 order | | | | |
| 118 | Mayor Bowser Tweet re Jan 6 curfew | | | | |
| 119 | Image of U.S. Capitol prior to riot with bike rack and fencing | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 120 | Image of U.S. Capitol prior to riot with bike rack and fencing | | | | |
| 121 | Image of U.S. Capitol prior to riot with bike rack and fencing | | | | |
| 122 | Image of U.S. Capitol prior to riot with bike rack and fencing | | | | |
| 123 | Image of U.S. Capitol prior to riot with bike rack and fencing | | | | |
| 124 | Image of U.S. Capitol prior to riot with bike rack and fencing | | | | |
| 125 | Image of Parliamentarian Office Door | | | | |
| 126 | Image of Parliamentarian Office Door Frame | | | | |
| 127 | Image of Parliamentarian Office | | | | |
| 128 | Image of Parliamentarian Office | | | | |
| 129 | Image of Parliamentarian Office | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 130 | Image of Parliamentarian Office | | | | |
| 131 | Image of Parliamentarian Office | | | | |
| 132 | Image of Parliamentarian Office | | | | |
| 133 | Image of Parliamentarian Office | | | | |
| 134 | Image of Parliamentarian Office | | | | |
| 135 | Image of Parliamentarian Office | | | | |
| 136 | Image of Parliamentarian Office | | | | |
| 137 | Image of Parliamentarian Office | | | | |
| 138 | Image of Parliamentarian Office | | | | |
| 139 | Image of Parliamentarian Office | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| C. | **150 Series – Secret Service Exhibits** | | | | |
| 150 | USSS Radio Runs from Jan 6 | | | | |
| 151 | USSS Radio Runs from Jan 6 | | | | |
| 152 | USSS Radio Runs from Jan 6 | | | | |
| 153 | USSS Radio Runs from Jan 6 | | | | |
| 154 | USSS Radio Runs from Jan 6 | | | | |
| 155 | USSS Radio Runs from Jan 6 | | | | |
| 156 | USSS Radio Runs from Jan 6 | | | | |
| 157 | USSS Radio Runs from Jan 6 | | | | |
| 158 | USSS Radio Runs from Jan 6 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 159 | USSS Radio Runs from Jan 6 | | | | |
| 160 | USSS Radio Runs from Jan 6 | | | | |
| 161 | USSS Radio Runs from Jan 6 | | | | |
| 162 | USCP Capitol CCV East Front | | | | |
| 163 | USSS Email Notification re Pence visit to Capitol with attachment | | | | |
| 164 | USSS Notification re Pence visit to Capitol | | | | |
| 165 | USCP Capitol CCV Pence Evacuation | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| D. | **200 Series – US Capitol Police CCV and Body-Worn Camera Footage** | | | | |
| 201 | USCP CCV Montage with Radio Runs (Shortened) | | | | |
| 202 | USCP CCV Montage | | | | |
| 203 | Lower West Terrace Time-Lapse Video | | | | |
| 204 | USCP Video | | | | |
| 204A | Still of Vice President Pence's Evacuation | | | | |
| 205 | USCP Video – (CVC Elevator Tower South) | | | | |
| 206 | Split Screen USCP Video and Open Source Video of Parliamentarian Hallway | | | | |
| 206a | Split Screen USCP Video and Open Source Video of Parliamentarian Hallway | | | | |
| 207 | USCP Video – (Parliamentarian Door) (2:58 pm – 3:02 pm) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 208 | USCP Video – (Parliamentarian Hallway) (2:58 pm – 3:02 pm) | | | | |
| 209 | USCP Video – (Tunnel) (3:00 pm – 4:30 pm) | | | | |
| 210 | BWC – Officer Bogner BWC Clip | | | | |
| 211 | BWC – Officer Bogner FULL 1:39 PM Start | | | | |
| 212 | BWC – Officer Bogner FULL 3:26 PM Start | | | | |
| 213 | BWC – Officer Bogner FULL 3:59 PM Start | | | | |
| 214 | Video of Parliamentarian Office | | | | |
| **E.** | **250 Series – US Capitol Police Radio Runs** | | | | |
| 250 | 13.06 Main Ops 1 4.48.30.mp4 (crowd fighting with officers) | | | | |
| 251 | 13.18 Main Ops 1 5.00.35.mp4 (We need munitions. Unload! Take em out!) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 252 | 13.32 Main Ops 1 5.15.20.mp4 (Crowd continues to be noncompliant) | | | | |
| 253 | 13.42 Main Ops 1 5.24.51.mp4 (We have people breaching the scaffolding) | | | | |
| 254 | 13.50 Main Ops 1 5.31.55.mp4 (Individual breaching West Terrace) | | | | |
| 255 | 13.58 Main Ops 1 5.41.24.mp4 (1:58pm Prepare to Evacuate Lower West Terrace) | | | | |
| 256 | 14.48 Main Ops 1 6.30.55.mp4 (Members barricaded inside H-152) | | | | |
| 257 | 14.50 Main Ops 1 6.32.54.mp4 (Path out of House chamber. Open the doors!) | | | | |
| 258 | 15.13 Main Ops 1 6.55.12.mp4 | | | | |
| 259 | 16.29 Main Ops 1 8.11.15.mp4 (Basement, Crypt, First Floor Secure) | | | | |
| 260 | Full Radio Run (12 hour version) | | | | |
| 261 | Full Radio Run – Demonstration Main Ops 1 (12 hour version) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 262 | Full Radio Run – Demonstration Main Ops 2 (12 hour version) | | | | |
| 263 | Main Ops. 1 6.41.00.mp4 | | | | |
| 264 | Main Ops. 1 6.43.13.mp4 | | | | |
| **F.** | **300 Series – Derek Gunby Phone Evidence** | | | | |
| 301 | 63165200407__B60060C7-EF44-467C-9E02-057EDAC5D733.JPG – Photograph of gallows on the Mall | | | | |
| 302 | 63165202078__AA5F5668-F121-43EC-83FC-846655C53BA9.JPG – Photograph of U.S. Capitol form the Peace Circle | | | | |
| 303 | 63165335897__96C51CC0-AC40-4E80-9CBE-8493A0E073A5.JPG – Photograph of Peace Monument | | | | |
| 304 | IMG_1710 – Photograph of newspaper *The Standard* with headline "Trump Wins!" | | | | |
| 305 | IMG_1718 – Photograph | | | | |
| 306 | IMG_1719 – Video from North Lawn | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 307 | IMG_1720 – Video from under the scaffolding | | | | |
| 308 | IMG_1722 – Photograph under the scaffolding | | | | |
| 309 | IMG_1724 – Video from outside the parliamentarian door on the NW Courtyard | | | | |
| 310 | IMG_1725 – Video entering the Parliamentarian door/hallway | | | | |
| 311 | IMG_1726 – Video inside the Capitol | | | | |
| 312 | IMG_1727– Video inside the Capitol | | | | |
| 313 | IMG_1728 – Video inside the Capitol | | | | |
| 314 | IMG_1729 – Video outside the Capitol | | | | |
| 315 | IMG_1730 – Photograph of the Upper West Terrace, showing police line | | | | |
| 316 | IMG_1733 – Photograph from the UWT looking west toward the Mall | | | | |

Case 1:21-cr-00626-PLF   Document 85   Filed 10/23/23   Page 13 of 19

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 317 | IMG_1735 – Video from UWT looking down on the Lower West Terrace | | | | |
| 318 | IMG_1736 – Video from bleachers on the LWT looking at the Tunnel | | | | |
| 319 | IMG_1737 – Photograph showing officer with crowd control device | | | | |
| 320 | IMG_1738– Photograph showing officer with crowd control device | | | | |
| 321 | IMG_1739– Photograph showing officer with crowd control device | | | | |
| 322 | Telegram chats recovered from phone | | | | |
| 323 | Telegram chats recovered from phone | | | | |
| 324 | Cellebrite Report 1 of 3, created 8/30/22 at 10:53:11 AM | | | | |
| 325 | Cellebrite Report 2 of 3, created 8/30/22 at 11:01:21 AM | | | | |
| 326 | Cellebrite Report 3 of 3, created 8/30/22 at 11:22:36 AM | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| **G.** | **400 Series – Derek Cooper Meta Account Exhibits** | | | | |
| 401 | Certificate of Authenticity – Meta – Affidavit of Lucas Rego Custodian of Records (7686) | | | | |
| 402 | Certificate of Authenticity – Meta – Affidavit of Lucas Rego Custodian of Records (8671) | | | | |
| 403 | Facebook Business Records – Basic Subscriber Information, IP Address Logs, Messages, photos, Transactional Information, Videos, Other Content, and records | | | | |
| 404 | Facebook Business records – Basic Subscriber Info, IP Address Logs, Transactional Information, Other Content | | | | |
| 405 | Facebook – Video Status Update (status_updates_261939805740780) | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 406 | Facebook – Video Status Update (status_updates_567384057703874) | | | | |
| 407 | Facebook – Video Status Update (status_updates_649447806200396) | | | | |
| 408 | Facebook – Video Status Update (status_updates_744488370170899) | | | | |
| 409 | Facebook – Video Status Update (status_updates_834132590759230) | | | | |
| 410 | Facebook – Video Status Update (status_updates_1074564503101177) | | | | |
| 411 | Facebook – Video Status Update (status_updates_744488370170899) | | | | |
| 412 | Facebook – Video Status Update (status_updates_366775048743380) | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| H. | **500 Series – Congressional Evidence** | | | | |
| 501 | Congressional Montage Video (15 min version) | | | | |
| 502 | Congressional Montage Video (9 min version) | | | | |
| 503 | Screenshots from Senate Chamber Video | | | | |
| 504 | Screenshots from House Chamber Video | | | | |
| 505 | U.S. Constitution, Amendment 12 Highlighted | | | | |
| 506 | 3 U.S.C. § 15 – Highlighted | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 507 | 3 U.S.C. § 16 – Highlighted | | | | |
| 508 | 3 U.S.C. § 17 | | | | |
| 509 | 3 U.S.C. § 18 | | | | |
| 510 | Senate Concurrent Resolution I – Highlighted | | | | |
| 511 | Certificate of Authenticity - Senate Recording Studio (Diego Torres) | | | | |
| 512 | Certificate of Authenticity - House Recording Studio (Douglas Massengale) | | | | |
| 513 | Congressional Record from January 6, 2021 | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 514 | House Record from January 6, 2021 | | | | |
| 515 | Senate Record from January 6, 2021 | | | | |
| **I.** | **600 Series – Third Party Video** | | | | |
| 601 | OS Parler Video | | | | |
| 602 | OS Vimeo Video | | | | |
| 603 | OS YouTube Video | | | | |
| 604 | OS Dropbox Video | | | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| **J.** | **700 Series – Stipulations** | | | | |
| 701 | Omnibus (TBD) | | | | |
| 702 | Chain of Custody (TBD) | | | | |
| 703 | Cell Phone and Meta Evidence (TBD) | | | | |
| **K.** | **800 Series – Other Documents** | | | | |
| 800 | Digital Timeline Exhibit | | | | |