**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -v- | Criminal No. 21-cr-626 (PLF) |
| DEREK COOPER GUNBY, | |
| Defendant. | |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Motion for Admission *Pro Hac Vice* of Roger Roots, it is hereby ORDERED that the Motion is GRANTED. Roger Roots is admitted *pro hac vice* and may appear on behalf of Defendant Derek Cooper Gunby, in the above-captioned matter.

Dated: _____, 2023

_____
United States District Judge