UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 21-cr-626 (PLF) |
| | : |
| DEREK COOPER GUNBY, | : |
| | : |
| Defendant. | : |

DEFENDANT GUNBY'S TRIAL BRIEF REGARDING THE GOVERNMENT'S INAPPROPRIATE DEPICTION OF GUNBY AS "ANTI-GOVERNMENT"

It has come to the attention of the defense that the government is attempting to build much of its case against Gunby from contrived allegations that Gunby is "anti-authority" or "anti-government." For example, the FBI has generated a report entitled "FD-1057 (Rev. 5-8-10) entitled "(U//FOUO) [for official use only] "DEREK COOPER GUNBY, UNITED STATES CAPITOL INVESTIGATION" (dated 02/02/2021), which states that Gunby has "AA/AG ideology." This abbreviation stands for "anti-authority/anti-government" ideology. The document is attached.

On the basis of Gunby's supposed "anti-authority, anti-government ideology," the FBI Field Office recommended that Derek Cooper Gunby should be placed on a "watchlist" and "[selectee/no-fly] status."

Gunby submits that his alleged ideology is (1) consistent with that of the vast majority of Americans, (2) consistent with the proper principles of America's constitutional order and history, and (3) to be extolled rather than condemned or criticized. It is the Government's pro-government, pro-authority ideology which must be recognized as extreme, illegitimate, and out of step with public opinion and constitutional principles. Moreover, these allegations and claims

1

about Gunby's political advocacy or ideology are not legitimate evidence and should not be used in Gunby's trial.

From this and other discovery in this case, it is evident that these claims constitute at least half of the government's alleged case. Gunby's counsel objects to all of this "evidence" on grounds that it constitutes First Amendment protected political advocacy, and is irrelevant.

**Gunby's alleged "antigovernment" assessments are the assessments of the majority of Americans.**

Recent Gallup polling shows that Americans hold almost all government agencies in very low regard. See Megan Brenan, "Government Agency Ratings Remain Largely Negative," Oct. 12, 2023. https://news.gallup.com/poll/512585/government-agency-ratings-remain-largely-negative.aspx. "Of 16 federal government agencies and departments included in the latest Gallup survey, just four receive positive job-performance ratings from a majority of Americans, making 2023 the third consecutive year of relatively low readings."

Some 54% of surveyed Americans say government is "trying to do too many things that should be left to individuals and businesses." That number has stayed relatively the same since 2021." The number among Republicans who describe the government as too powerful and too overfunded is over 80%.

See, Lydia Saad, "Public Firm in View Government Doing Too Much, Too Powerful,"

https://news.gallup.com/poll/512900/public-firm-view-government-doing-powerful.aspx



By contrast, just 13 percent of Americans approve of Congress. See

https://news.gallup.com/poll/513410/congress-job-approval-drops-lowest-2017.aspx

A 2022 Monmouth University poll found the vast majority of Americans say the government hurts them more than it helps them.



A Harris Poll released in December 2019 shows that 92 percent of Americans believe their rights are being threatened by government.

3

https://www.usatoday.com/story/news/nation/2019/12/16/most-americans-think-their-basic-rights-threatened-new-poll-shows/4385967002/  Americans have named government as the biggest problem in their lives for 8 of the past 10 years, greater than inflation, crime, poverty, homelessness, the economy, climate change, or any other problem. https://news.gallup.com/poll/513410/congress-job-approval-drops-lowest-2017.aspx . Another, April 2016, Chapman University Survey of American Fears poll found that the federal government is the thing that Americans fear most. https://blogs.chapman.edu/wilkinson/2016/10/11/americas-top-fears-2016/

Pew Research Center found that 27 percent of registered voters say they think of government as an enemy. https://wearechange.org/more-that-1-in-4-americans-now-believe-the-government-is-the-enemy-of-the-people/ . Those who feel "basically content" with government <u>are an extremist minority</u>, constituting only 18 percent.

This distrust in government extends across virtually every federal agencies, with just a handful of exceptions. See Lydia Saad, "Historically Low Faith in U.S. Institutions Continues," July 6, 2023.

**America's constitution and founding documents express antigovernment opinions.**
**Nor is distrust in the courts an unusual position.**
Americans' approval of the courts is at or near record lows, with a majority expressing no approval or disapproval.  Trust in the judicial branch has been declining for years.



**Gunby's alleged "ideology" is hardly "far right."**

The FBI's report (referenced above), on page 4, states that "Gunby has a far right Patriotic stance indicated by his social media postings." As already shown, the majority of Americans share Gunby's alleged philosophy. A March 2018 Monmouth University Poll found 74 percent of Americans believe a "Deep State" controls national policy, https://www.newsweek.com/deep-state-us-real-control-851006 .

**CONCLUSION**

Accordingly, Gunby requests that

1. the Court take judicial notice that <u>pro-</u>government views, rather than anti-government views, represent true extremism.

2. The Court take judicial notice that antigovernment ideology is the proper, and constitutionally most sound, ideology, and that a citizen such as Gunby should not be punished for holding anti-government assessments.

3. Forbid and preclude the government from making Gunby's criticisms or suspicions of government into criminal claims or being admitted as evidence against Gunby.

Dated: October 28, 2023                                                                                     Respectfully Submitted,

<u>/s/ John M. Pierce</u>
John M. Pierce
21550 Oxnard Street
3rd Floor, PMB #172
Woodland Hills, CA 91367
Tel: (213) 400-0725
Email: jpierce@johnpiercelaw.com

**CERTIFICATE OF SERVICE**

I, John M. Pierce, hereby certify that on this day, October 28, 2023, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce
