AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 1:21-cr-626 (PLF) |
| DEREK COOPER GUNBY | ) |  |
| *Defendant* | ) |  |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT DEREK COOPER GUNBY                              .

Date:  10/30/2023                                      /s/ *Roger Roots*

Roger Roots Esq.
*Printed name and bar number*

John Pierce Law P.C.
21550 Oxnard Street
3rd Floor PMB #172
Woodland Hills, CA 91367
*Address*

RRoots@johnpiercelaw.com
*E-mail address*

(662) 665-1061
*Telephone number*

*FAX number*