CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Civil/Criminal No.: 21 CR 626 (PLF) |
| vs. ) | |
| ) | |
| DEREK COOPER GUNBY ) | |
| ) | |

## NOTE FROM JURY

① Could you provide us a more detailed definition of "independently unlawful means" (p. 24 of instructions)?

② What is the difference between "acted knowingly" and "act with unlawful purpose." (p. 24 of instructions)?

→ ①b based on your expanded definition of "independently unlawful means", & if we find the defendant used independently unlawful means, must we find he acted corruptly?

Date: 11/9/2023

Time: 4:09 pm

_____
FOREPERSON

CO 109A - Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )   Civil/Criminal No.: __21 CR 626 (PLF)__
)
DEREK COOPER GUNBY )
)

## NOTE FROM JURY

(1) The first element of "Attempt" on p. 26 refers to the crime of obstruction of an official proceeding "as I have defined that offense above". To what specifically are you referring?

(2) Can we consider only the two elements of Attempt on p. 26 as sufficient for Count 1?

Date: 11/9/2023

Time: 4:44 pm

FOREPERSON