UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                     )<br>)<br>DEREK COOPER GUNBY,           )<br>)<br>        Defendant.                   )<br>                                                ) | Criminal No. 21-0626 (PLF) |

## VERDICT FORM

### Count One

**I.   Obstruction of an Official Proceeding or Aiding and Abetting Obstruction of an Official Proceeding**

_____ Not Guilty       \_\_\_\_X_____ Guilty

### Count Two

**II.   Entering or Remaining in a Restricted Building or Grounds**

_____ Not Guilty       \_\_\_\_X_____ Guilty

### Count Three

**III.   Disorderly or Disruptive Conduct in a Restricted Building or Grounds**

_____ Not Guilty       \_\_\_\_X_____ Guilty

## Count Four

IV. **Disorderly Conduct in a Capitol Building**

_____ Not Guilty        ____X____ Guilty

## Count Five

V. **Parading, Demonstrating, or Picketing in a Capitol Building**

_____ Not Guilty        ____X____ Guilty

Signed this 13th day of November, 2023.