UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>v.   )<br>)<br>DEREK COOPER GUNBY,   )<br>)<br>Defendant.   )<br>) | No. 21-CR-626 (PLF) |

**NOTICE OF APPEARANCE**

Please enter the appearance of Assistant Federal Public Defender Tony Axam as amicus curiae in the above-captioned matter.

                                        Respectfully submitted,

                                        A. J. KRAMER
                                        FEDERAL PUBLIC DEFENDER

                                        /s/
                                        _____

                                        TONY AXAM, JR.
                                        Assistant Federal Public Defender
                                        625 Indiana Avenue, N.W., Suite 550
                                        Washington, D.C.  20004
                                        (202) 208-7500
                                        tony_axam@fd.org