UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 21-0626 (PLF) |
| | ) | |
| DEREK COOPER GUNBY, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

This matter is before the Court on Defendant Derek Cooper Gunby's Motion to Dismiss § 1512 Conviction and Vacate PSR ("Defendant's Motion") [Dkt. No. 128] and the government's Motion to Dismiss Count One of the Superseding Indictment ("Government's Motion") [Dkt. No. 129]. Both motions seek to eliminate the charge against Mr. Gunby under 18 U.S.C. § 1512(c)(2) in light of the Supreme Court's decision in Fischer v. United States, No. 23-5572, 603 U.S. __ (2024). The defendant requests the Court to vacate Mr. Gunby's conviction under 18 U.S.C. § 1512(c)(2), relying on 28 U.S.C. § 2255. But Section 2255 provides relief for individuals in custody following sentencing. See 28 U.S.C. § 2255(a). Mr. Gunby has not yet been sentenced, and his motion for relief under Section 2255 therefore is procedurally improper. Accordingly, it is hereby

ORDERED that the Defendant's Motion [Dkt. No. 128] is DENIED; it is

FURTHER ORDERED that the Government's Motion [Dkt. No. 129] is GRANTED; and it is

FURTHER ORDERED that Count One of the Superseding Indictment [Dkt. No. 69] is DISMISSED.

SO ORDERED.

/s/ Paul L. Friedman
PAUL L. FRIEDMAN
United States District Judge

DATE: 8/28/24