UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | |
| ) | No. 1: 21-0626 (PLF) |
| ) | |
| DEREK COOPER GUNBY, ) | |
| ) | |
| Defendant ) | |
| ) | |

# DEFENDANTS MOTION TO CONVERT SENTENCING HEARING TO ZOOM

Comes Now, Defendant Derek Gunby, who requests that the sentencing hearing set for 12/17/2024 at 10:00 a.m. in Courtroom 29 be converted to a Zoom, as Client would have significant difficulty to pay for his travel expenses, has limited ability to pay Counsel for their time or travel, and Counsel would have great difficulty covering the travel costs for himself and his team.

Gunby has had a perfect record of pretrial compliance, reporting, and appearance at all hearings, trials, and court dates. Gunby is a zero-point, first-time offender who helps care for his elderly, disabled father, and travel would be a great hardship for both himself and his family.

Dated: November 29, 2024                                                          Respectfully Submitted,

*/s/ John M. Pierce*

1

John M. Pierce<br>
21550 Oxnard Street<br>
3rd Floor, PMB #172<br>
Woodland Hills, CA 91367<br>
Tel: (213) 400-0725<br>
Email: jpierce@johnpiercelaw.com

## CERTIFICATE OF SERVICE

I, John M. Pierce, hereby certify that on this day, November 29, 2024, I caused a copy of the foregoing document to be served on all counsel through the Court's CM/ECF case filing system.

/s/ John M. Pierce
John M. Pierce