# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. **1:21-cr-626 (PLF)**
)
**DEREK COOPER GUNBY** )

## NOTICE OF APPEAL

Name and address of appellant:  
DEREK COOPER GUNBY  
213 Rock Creek Rd  
Anderson, SC, 29625

Name and address of appellant's attorney:  
John M. Pierce  
21550 Oxnard Street  
3rd Floor, PMB #172  
Woodland Hills, CA 91367  
(775) 764 - 9347

Offense: 18 U.S.C. 111(a)(1), 18 USC § 1752(a)(2), 40 USC § 5104(e)(2)(D), 40 USC § 510

Concise statement of judgment or order, giving date, and any sentence:

On 11/13/2023, Gunby was found guilty by jury trial of all counts of the information. On 12/17/2024, Judge Friedman sentenced Gunby to Sixty (60) Days of Imprisonment (to run concurrently on ALL COUNTS). Supervised Release: 12 Months on counts 2s and 3s (to run concurrently on each count). Total Special Assessment: $70.00. Total

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

12/19/2024                                       _John M. Pierce_  
DATE                                             APPELLANT

                                                 ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]  
CJA, NO FEE [ ]  
PAID USDC FEE [ ]  
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?          YES [✓]   NO [ ]  
Has counsel ordered transcripts?                YES [✓]   NO [ ]  
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [ ]   NO [✓]